# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | **AMENDED JUDGMENT** |
| v. | ) | |
| JERALD LOUIS WHITLEY | ) | Case No: 7:07-CR-142-1FL |
| | ) | |
| | ) | USM No: 25755-056 |
| Date of Original Judgment: September 15, 2008 | ) | |
| Date of Previous Amended Judgment: N/A | ) | Thomas P. McNamara |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  93  months **is reduced to**  77 months

The minimum of the original guideline range was 110 months; however, based upon substantial assistance, a downward departure was granted pursuant to 5K1.1. The departure resulted in a 16.75% reduction in sentence. A comparable reduction from the bottom of the revised guideline range would result in a sentence of 77 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated September 15, 2008 shall remain in effect. **IT IS SO ORDERED.**

Order Date:  8/5/2013

*Judge's signature*

Effective Date: _____    Louise W. Flanagan, United States District Judge
*(if different from order date)*    *Printed name and title*