UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:07-CR-142-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JERALD WHITLEY | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on the Defendant's motion for issuance of a subpoena *duces tecum* to Speedway LLC. For good cause shown, and without objection from the Government, it is hereby ORDERED that the motion is GRANTED.

The Clerk is directed to issue the proposed subpoena (Exhibit A to the Defendant's motion) and send it to the United States Marshal Service for service on behalf of the Defendant. The Defendant was previously found to be indigent and has court-appointed counsel.

This the  17th  day of    June    , 2020.

_____
HONORABLE LOUISE W. FLANAGAN
United States District Judge
Eastern District of North Carolina